PP
19-CV-1473

Hey, I'm Robert Crowder I have a ongoing suit with progressive parking solutions. The suit has been going on for over two years. So I have now come to the conclusion that I am willing to accept a settlement for a substantial amount. The time being that this suit has been over two years.

We can just get this suit out of the way.

If I want to come to a compromise you reached at my email robertcrowder77@yahoo.com or contact my phone number 414-340-9778 or 414-326-5420 or write at the same.

Thank you.

U.S. District Court
Wisconsin Eastern
AUG 2 5 2021
FILED
Clerk of Court