UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LAWRENCE CROWDER,

    Plaintiff,

    v.                                                  Case No. 19-CV-1473

PROGRESSIVE PARKING SOLUTIONS,

    Defendant.

## MEDIATION MINUTES AND ORDER RETURNING CASE

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** January 6, 2022

**Time Commenced:** 1:30 p.m.     **Time Concluded:** 2:42 p.m.

| **Appearances:** | **Plaintiff:** | Robert Crowder, Plaintiff (via Zoom) |
|---|---|---|
| | **Defendant:** | Lynne Mueller, Counsel for Defendant (via Zoom)<br>Kirk Hoffman, Representative of Defendant (via Zoom) |

**Comments:** Mediation resulted in resolution of the plaintiff's claims. The parties expect to file a stipulation of dismissal within 30 days. The case is returned to the Honorable William E. Duffin for further processing. The case is no longer referred.