UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT LAWRENCE CROWDER,

    Plaintiff,

v.                                                               CASE NO. 19-CV-1473

PROGRESSIVE PARKING SOLUTIONS,

    Defendant.

## STIPULATION FOR DISMISSAL

The Plaintiff, Robert Lawrence Crowder, and Progressive Parking Solutions, by its attorneys, Litchfield Cavo LLP, hereby stipulate that this action may be dismissed with prejudice to its reinstatement, on the merits, and without costs to any party.

January 26, 2022.

                                                               Plaintiff

                                                               Robert Lawrence Crowder

LITCHFIELD CAVO, LLP
Counsel for the Defendant

  s/ Lynne M. Mueller
Lynne M. Mueller, SBN 1003577
250 E. Wisconsin Ave, Suite 800
Milwaukee, WI 53202
Telephone: 414-488-1837
Email: Mueller@litchfieldcavo.com